**STIP**
**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER SLACK, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., a Foreign Corporation, DOES I -X; and ROE CORPORATIONS I -X.<br><br>Defendant. | **CASE NO.: 2: 18-cv-00899-GMN-CWH**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff Peter Slack may have additional time within which to submit Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint.

1. Under the Federal Rules of Civil Procedure, Plaintiff's Reply would be due August 21, 2018. *See* Fed. R. Civ. P. 12(a)(3)(A).

2. On August 17, 2018, Marta D. Kurshumova, counsel for Plaintiff, conferred with Hilary B. Muckleroy, counsel for Defendant, regarding the timing of Plaintiff's Reply.

Counsel for Defendant consented to Plaintiff's request to enlarge the time for filing the reply by eight (8) days, which would make the new deadline <u>Wednesday, August 29, 2018</u>.

      3.      Good cause exists for this extension as Plaintiff's counsel will be out of town from August 18, 2018 through August 24, 2018 for a family commitment.

      4.      The extension will not result in undue delay in the administration of this cause.

      5.      No other enlargement of time has been previously requested in this case.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

**HKM EMPLOYMENT ATTORNEYS, LLP**

DATED: August 17, 2018

By: <u>/s/ *Marta D. Kurshumova*</u>
MARTA D. KURSHUMOVA
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 522-1848
Fax: (702) 625-3893
*Attorney for Plaintiff*

**LITTLER MENDELSON, P.C.**

DATED: August 17, 2018

By: <u>/s/ *Hilary B. Mackleroy*</u>
HILARY B. MUCKLEROY
Nevada Bar No. 9632
E-mail: hmuckleroy@littler.com
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Tel: (702) 862-8800
Fax: (702) 862-8811
*Attorneys for Defendant*

IT IS SO ORDERED.

DATED: August 21, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE