ROGER L. GRANDGENETT II, ESQ., Bar # 6323
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: hmuckleroy@littler.com

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER SLACK, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., a Foreign Corporation, DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendant. | Case No. 2:18-cv-00899-GMN-CWH<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND STAY IN DISCOVERY**<br><br>**[SECOND REQUEST]** |

  Plaintiff Peter Slack ("Plaintiff") and Defendant United Airlines, Inc. ("Defendant"), by and through their respective attorneys hereby stipulate to and request that the Court grant an extension to the stay in discovery (currently set to expire on March 19, 2019) pending a decision on Defendant's Motion to Dismiss [ECF No. 9] and Plaintiff's Motion to Amend [ECF No.14] or up to and including, Wednesday, June 19, 2019.

  The parties request an extension for a stay in discovery to avoid unnecessarily incurring the significant costs and fees associated with any duplicative and/or over-expansive discovery that may result if discovery is to continue at this point prior to clarification on the pleadings.  Specifically, the parties require a ruling on Defendant's Motion to Dismiss [ECF No. 9] and Plaintiff's Motion to Amend [ECF No. 14] to know what claims may exist at this stage of the litigation and in order to evaluate what additional discovery, of any, is necessary.  For example, the parties cannot

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

meaningfully depose any witnesses without knowing what claims are and/or are not a part of this lawsuit.

The requested stay is only to extend discovery and remaining case deadlines and not to any briefing currently on file with the Court, including, but not limited to, Defendant's Motion to Dismiss [ECF No. 9] and Plaintiff's Motion to Amend [ECF No. 14]. The parties maintain their arguments with respect to all such motions. Accordingly, the parties request that the discovery stay be extended pending a decision on Defendants' Motion to Dismiss [ECF No. 9] and Plaintiff's Motion to Amend [ECF No. 14] or up to and including Wednesday, June 19, 2019.

Dated: March 12, 2019

Respectfully submitted,

/s/ Jenny L. Foley, Esq.
JENNY L. FOLEY, Ph.D., ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

Attorney for Plaintiff
PETER SLACK

Dated: March 12, 2019

Respectfully submitted,

/s/ Hilary B. Muckleroy, Esq.
ROGER L. GRANDGENETT II, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
UNITED AIRLINES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: March 26, 2019, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:163000001.1 087218.1029

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800