# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER SLACK,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED AIRLINES, INC.,<br><br>                Defendant. | Case No. 2:18-cv-00899-GMN-DJA<br><br>**ORDER** |

       This matter is before the Court on Defendant's Motion to Extend Time re the Dispositive Motions Deadline (ECF No. 60) and Motion to Extend Time to File a Responsive Pleading (ECF No. 61), filed on March 27, 2020. Plaintiff filed a Response (ECF No. 63) on March 30, 2020. His Response was not entered on the docket until March 31, 2020, when the Court entered its Order regarding what should be included in his response. (ECF No. 62).

       Nevertheless, given the global COVID-19 pandemic, it is hardly surprising that Defendant requests an extension of 60 days to the current dispositive motions deadline and to file a responsive pleading due the current social distancing mandate. What is surprising to the Court is that Plaintiff clearly admits that he is aware of the circumstances of the COVID-19 pandemic and insists that Defendant should be able to continue operating without any extensions in this case. Accordingly, Plaintiff objects to Defendant's realistic and common-sense motions to continue the dispositive motions and responsive pleading deadlines even though it is not clear when Defendant's business will be fully operational in order to obtain declarations from necessary employees in support of its dispositive motions filing. Plaintiff's Response lacks any understanding of the concepts of compassion, equity, flexibility, respect, social conscience, and civility. The Court finds that the two extension requests – to extend the dispositive motions

deadline of April 22, 2020 and responsive pleading deadline of April 6, 2020 – by 60 days are supported by good cause and shall be granted.

IT IS THEREFORE ORDERED that Defendant's Motion to Extend Time re the Dispositive Motions Deadline (ECF No. 60) is **granted**.

IT IS FURTHER ORDERED that Defendant's Motion to Extend Time to File a Responsive Pleading (ECF No. 61) is **granted**.

DATED: March 31, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE