UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA



| FILED | RECEIVED |
| ENTERED | SERVED ON |

COUNSEL/PARTIES OF RECORD

AUG 24 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

PETER SLACK ,an Individual
PRO SE
    PLAINTIFF
vs
UNITED AIRLINES, INC., a Foreign
Corporation< DOES I-X: and ROE
CORPORATIONS I-X.
     Defendant,
co/ LAW OFFICES OF
ROGER L. GRANDGENETT II ESQ., BAR#6323
DIANA G. DICKINSON, ESQ., BAR#13477
LITTLER MENDELSON, P.C.
3960 HOWARD HUGHES PARKWAY
SUITE 300
LAS VEGAS NV 89169

Attorneys for Defendant
UNITED AIRLINES, INC

Case No.2: 18-cv-00899-GMN-DJA

PLAINTIFF'S MOTION ASKING
COURT FOR A 30 DAY
 EXTENSION OF THE PLAINTIFFS
MOTION OPPOSING SUMMARY
  JUDGMENT DEADLINE

## INTRODUCTION
Plaintiff family members have been exposed to the Covid-19 Virus and have been requested by the institution where they were exposed to self-quarantine. They are on day 6 of that quarantine.

## ARGUMENT
Being one of the caregivers for my family due to the Covid-19, I am requesting more time to prepare my motion in opposition of summary judgment. As we are in the late stages of this case granting an extension will not prejudice the Defendant. However, If granted and Plaintiff survives the motion for Summary judgment the joint pretrial deadline will need to be laterally extended

## CONCLUSION
The Plaintiff pleads with the court to grant an extension on the opposition to motion for summary judgment deadline on the basis of a Covid-19 related hardship.

Respectfully requested,

PETER SLACK

2 4AUG 20

PRO SE

IT IS SO ORDERED.  Plaintiff shall have until September 23, 2020, to respond to Defendant's Motion for Summary Judgment, (ECF No. 71).

DATED this 28 of August, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and A PARTY to the within action. My mailing address is 5046 flore Del Sol Las Vegas Nv, 89120
On August 24,2020 I served the within document.

**PLAINTIFFS motion asking court for a 30day extension of the plaintiff motion opposing summary judgment**

By hand delivery or email to
law offices of Littler Mendelson,P.C.
3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169

SIGN AND DATE
2 4 AUG 20

Receipt for delivery of

**PLAINTIFFS motion asking court for a 30day extension of the plaintiff motion opposing summary judgment**

SIGN AND DATE

24AUG 20