ROGER L. GRANDGENETT II, ESQ., Bar # 6323
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: rgrandgenett@littler.com
           ddickinson@littler.com

Attorneys for Defendant
UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER SLACK, an Individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., a Foreign Corporation, DOES I-X; and ROE CORPORATIONS I-X,<br><br>　　　　　　　Defendant. | Case No. 2:18-cv-00899-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR OPPOSITION AND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PETER SLACK ("Plaintiff") a Pro Se Plaintiff, and Defendant UNITED AIRLINES, INC. ("Defendant"), by and through its counsel of record, that the deadlines for filing an opposition and reply to Defendant's Motion for Summary Judgment (ECF No. 71) are extended by agreement due to a death in Plaintiff's family and due to continuing circumstances imposed by the Coronavirus Disease 2019 ("COVID-19").

　　　　Defendant filed its Motion for Summary Judgment (ECF No. 71) on August 21, 2020.  On August 24, 2020, Plaintiff filed a motion asking for a thirty-day extension to oppose Plaintiff's motion (ECF No. 73) which Defendant did not oppose (ECF No. 74).  Plaintiff's opposition is currently due on or before September 23, 2020 (ECF No. 75).  However, in light of a death in Plaintiff's family, the parties stipulate to extend the deadline for Plaintiff to file his opposition to

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Defendant's Motion by two (2) weeks, up to and including **October 7, 2020.** If this extension is approved by the Court, Defendant's reply would then be due on or before October 21, 2020. *See* Local Rule 7-2(b). Due to the continuing circumstances imposed by COVID-19, the parties further stipulate to extend the deadline for Defendant to file its reply in support of Defendant's Motion for Summary Judgment by one (1) week, up to and including **October 28, 2020**.

This is the second request for an extension of time for Plaintiff to file an opposition to Defendant's Motion for Summary Judgment. This is the first request for an extension of time for Defendant to file a reply to the Motion for Summary Judgment. These requests are made in good faith and not for the purpose of delay. The parties agree that good cause therefore exists for the extensions.

Dated: September 22, 2020

Respectfully submitted,                                   Respectfully submitted,

*/s/ Peter Slack*                                                */s/ Diana G. Dickinson*
PETER SLACK                                                ROGER L. GRANDGENETT II, ESQ.
                                                                       DIANA G. DICKINSON, ESQ.
*Pro Se Plaintiff*                                             LITTLER MENDELSON, P.C.

                                                                       Attorneys for Defendant
                                                                       UNITED AIRLINES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated this  23   day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4813-8285-8956.1 087218.1029

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800